**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel L Whigham, | No. CV-24-02579-PHX-DJH |
| Petitioner, | **ORDER** |
| v. | |
| Jason Gunther, | |
| Respondent. | |

Before the Court is Petitioner Daniel L Whigham's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") (Doc. 1) and United States Magistrate Judge John Z. Boyle's Report and Recommendation ("R&R") (Doc. 15) recommending the Petition be denied and dismissed without prejudice for failure to prosecute. Judge Boyle apprised the parties that they had fourteen (14) days to file objections to his R&R. (*Id*. at 5). That deadline has passed and neither party has elected to file an objection. The Court has reviewed the R&R and agrees with its findings. It particularly finds that a dismissal without prejudice is prudent and warranted here.

Accordingly,

**IT IS ORDERED** that the R&R (Doc. 15) is **adopted** as the Order of this Court. Petitioner Daniel L Whigham's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **denied** and this matter shall be **dismissed without prejudice**.

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to close and terminate this case.

Dated this 1st day of July, 2025.

*[signature]*

Honorable Diane J. Humetewa
United States District Judge